FILED
CLERK, U.S. DISTRICT COURT
06/05/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___HC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARK WILLIAM ANTEN,<br><br>        Defendant. | No. 2:24-CR-00002 WLH<br><br>VERDICT FORM<br>**REDACTED** |

### Count One

We, the jury, in the above-entitled action, unanimously find defendant MARK WILLIAM ANTEN:

     √      GUILTY   _____   NOT GUILTY

of violating 18 U.S.C. § 875(c) as charged in Count 1 of the Indictment.

**Count Two**

We, the jury, in the above-entitled action, unanimously find defendant MARK WILLIAM ANTEN:

✓ ____ GUILTY  ____ NOT GUILTY

of violating 18 U.S.C. § 875(c) as charged in Count 2 of the Indictment.

*The foreperson should now sign and date this verdict form.*

Dated: June 5, 2024, at Los Angeles, California.



FOREPERSON OF THE JURY

2