UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| Case No. | 2:24-cr-00002-WLH-1 | Date | 8/19/2024 |
|---|---|---|---|

| Present: The Honorable | WESLEY L. HSU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Holidae Crawford | Not Present | Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mark William Anten | NOT | | | Howard Shneider, DFPD<br>Claire Marie Kennedy, DFPD | NOT | | |

**PROCEEDINGS:** (IN CHAMBERS) ORDER RE DEFENDANT MARK WILLIAM ANTEN'S RENEWAL OF MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29 [87]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby DENIES the Motion for Judgment of Acquittal Under Rule 29 for all the reasons stated previously on the record during the trial, at the hearing on the renewed motion, and in the Government's opposition to the renewed motion. (Dkt. 87)

IT IS SO ORDERED.

Initials of Deputy Clerk   HC